IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00889-MSK-MJW

WILLIAM WELCH,

Plaintiff(s),

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Notice of Stipulation for Extension of Time to Respond to Discovery, filed with the Court on July 31, 2006, (DN 31), is GRANTED up to and including August 4, 2006.

Date: August 1, 2006